UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
NAMEL NORRIS,

                **Plaintiff,**

     -against-

NY FRESH PIZZA INC. and 787 NINTH
AVENUE PARTNERS, LLC,

                **Defendants.**
-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Sept. 12, 2022

**21-cv-2998 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are ordered to submit a joint status report no later than September 16, 2022.

**SO ORDERED.**

Dated:    **September 12, 2022**
              **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**