```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

        Plaintiff,

  -against-

NY FRESH PIZZA INC. d/b/a NY FRESH PIZZA, et al.,

        Defendants.

21-CV-2998 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff Namel Norris's various filings on April 25, 2023, including his "Amended Complaint," filed without first obtaining leave to amend (Dkt. 26); his "Notice to Strike" the Amended Complaint as having been inadvertently filed in error (Dkt. 27); his "Initial Report of Parties Before Pretrial Conference," which bears the caption of a different case (Dkt. 28); his "Notice to Strike" the Initial Report, because it was "filed in the wrong matter" (Dkt. 29); and his motion for leave to amend his Complaint. (Dkt. 30.)

    As to the Notices to Strike, the Court agrees with plaintiff that the documents at Dkts. 26 and 28 should be, and they hereby are, STRICKEN.

    As to the motion for leave to amend, defendant 787 Ninth Avenue Partners, LLC shall respond to plaintiff's motion no later than **May 3, 2023**. Plaintiff's reply, if any, shall be filed no later than **May 10, 2023**.

    The Clerk of Court is respectfully directed to strike the documents at Dkts. 26 and 28.

Dated: New York, New York
       April 26, 2023

                              **SO ORDERED.**

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**